FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT RECEIVED
FOR THE DISTRICT OF NEW JERSEY

JAN 0 9 2012

Jason Merinari #200706.BR.

AT 8:30 _____M
WILLIAM T. WALSH
CLERK

(Enter above the full name of the plaintiff in this action)

                                :

                                :     Civil Action No._____

                                :     (To be supplied by the clerk of the court)

              V.                        :

ATlantIc Care
hospital

(Enter above the full name of the defendant in this action)    :

### INSTRUCTIONS -- READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction descends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of <u>each</u> defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for <u>each defendant</u> to the Clerk.  Do not send the complaint directly to the defendants.

5.  Upon receipt of a fee of $120.00, your complaint will be filed.  You will be responsible
    for services of a separate summons and copy of the complaint on each defendant.  See
    Rule 4, Federal Rule of Civil Procedures.

6.  If you do not have the necessary filing fee, you may request permission to proceed in
    forma pauperis, in which event you must execute the application accompanying this form,
    setting forth information establishing your inability to prepay the fees and costs or give
    security therefor.  If you wish to proceed in forma pauperis, you must also submit a
    certified copy of your trust fund account statement (or institutional equivalent) which
    must reflect all deposits on your account for the 6-month period immediately preceding
    submission of this application, obtained from the appropriate official of each prison at
    which you are or were confined.

7.  If you are given permission to proceed in forma pauperis, you may be required to pay an
    initial filing fee.  If so, no complaint will be filed unless this initial filing fee is paid.  You
    will also be required t make monthly payments of 20 percent of the preceding month's
    income credited to your account.  The Department of Corrections shall forward payments
    from your account to the Clerk each time the amount in the account exceeds $10 until the
    filing fee is paid.  The Clerk will prepare and issue a copy of the summonses and the
    copies of the complaint which you have submitted shall be forwarded by the Clerk to the
    United States Marshal, who is responsible for service.  The Marshal  has USM-285 forms
    you must complete so that the Marshal can locate and serve each defendant.  If the forms
    are sent to you, you must complete in full and return the forms to the Marshal.

8.  Applications for leave to proceed in forma pauperis which do not conform to these
    instructions will be returned by the Clerk with a notation as to the deficiency.

## QUESTIONS TO BE ANSWERED

1.  Previous Lawsuits
    (a)  Have you filed any other suits in federal or state court since you were imprisoned?
         [✓] Yes     [ ] No

    (b)  If your answer to (a) is "Yes", describe the lawsuit in the spaces below.  (if there is
         more than one suit, describe the additional suits on a separate sheet, answering the
         same question for each suit.
         i.   Parties  to previous suit:

         Plaintiffs:   Jason Marinari

         Defendants:   Trump Plaza hotel and casino
         Security guards 2nd shift 4PM-12AM

2

ii.     Court (If Federal court, name the district, if state court, name the County) __District of New Jersey_____

iii.    Docket Number: __1_____

iv.     Name of Judge to whom case was assigned: __N/A_____

v.      Disposition (for example: Was the suit dismissed?  Was there an Appeal?

Is      it still pending?) __Still Pending_____

vi.     Approximate date of filing suit: __12-9-2011_____

vii.    Approximate date of disposition: __N/A_____

viii.   Issue in previous suit? __N/A_____

2.    Place of present confinement? __Atlantic County Justice facility__

3.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank.  Do the same for the additional plaintiffs.  If any.)

A.    Name of plaintiff ~~Trump Plaza Hotel and Casino~~ Jason Marinari

      Address: ~~Pacific Ave  Atlantic City  New Jersey~~

      __5060 Atlantic Ave Mays landing New Jersey 08330__

      Inmate Number: __#200706_____

B.    First Defendant -- name: __Trump Plaza Hotel and Casino__

      Official Position: __Security guards 2nd shift 4pm-12am__

      Place of employment: __Trump Plaza Hotel and Casino__

3

How is this person involved in the case? (i.e., what are you alleging that this person did or did not do that violated your constitutional rights?) The

Between 7:30pm Atlantic care ambulance driver breached on 9-23-11
at aprox 8:30pm Procedure By letting The security guards
undetermined amount from Trump Plaza get in the ambelance
for a amount of time With them and they let them tasser me with a stun gun
of time Because of My injury's I went to Shore memorial hospital and ended up
C. If there is more than one defendant, attach a separate sheet. For each specify: (1) with a Bill
Name, (2) Official position, (3) Place of employment, and (4) Involvement of the of $18,322.00
defendant.

4.    Statement of claims

(State here as briefly as possible the facts of your case. Describe how each defendant
violated your rights, giving dates and places. If you do not specify how each defendant
violated your rights and the date(s) and place of the violations, your complaint may be
dismissed. Include also the names of other persons who are involved, including dates and
places. Do not give any legal arguments or cite any cases or statutes. If you intend to
allege a number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need. Attach a separate sheet if necessary.)

Ambulance
The Atlanticcare ~~Ambelance~~ driver
on friday September 23rd 2011 let the Between
The hrs of Security guards from Trump Plaza hotel and
7:30pm - 8:30pm Casino Tasser me With a stun gun on and
off for a undetermand amount of time
before Taking me To Atlantic care hospital
because of this happening I ended up
having to stay at Shore memorial
hospital from 9-24-2011 - 9-26 2011 9-26-11 because of
My ~~taken~~ injury's and ended up
with a hospital bill of $18,322.00 I felt
Taken
I was not ~~Takin~~ care of properly and did
not recive proper medical attention.

4

5.    Relief

(State briefly exactly what you want the Court to do for you.  Make no legal arguments.
Cite no cases or statutes.)

I would like The Court to pursue those
responsible for Persecuting me and
Not giving me proper ~~and del~~ medical
~~optien~~ atention at atlantic care
hospital on friday September 23rd 2011
due To ~~these~~ The Injury's I recieved
I ended up at Shore memorial hospital
from Saturday September 24th 2011 untill
Monday September 26th 2011 and a Bill of $18,322.00

6.    Do you request a jury or a non-jury trial?  (Check only one)

       [✓] Jury Trial           [  ] Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this    22nd                          day of    december            , 20 11

                                             Jason Mannari
                                             Signature of Plaintiff

EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE.
ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.  REMEMBER,
EACH PLAINTIFF MUST SIGN THE COMPLAINT.

6

UNITED STATES DISTRICT COURT
For the
DISTRICT OF NEW JERSEY

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

RECEIVED

Plaintiff (1)

V.

JAN 0 9 2012

Civil Action Number: 30 _____ M

WILLIAM T. WALSH
CLERK

Defendant (s)

I, __Jason Marinari__, declare that I am the (check appropriate box)

[✓] Plaintiff          [ ] Other

In the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the compliant.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?  [✓] yes  [ ] no

     If "yes" state the place of your incarceration __Atlantic County Justice facility__

     Are you employed at the institution? __NO__   Do you receive payment from this institution? __NO__

2.   Are you currently employed?  [ ] yes  [✓] no

     A.   If the answer is "yes" state the amount of your take home salary or wages and pay period and give the name and address of your employer: _____

     _____

     _____

     B.   If the answer is "no" state the date of you last employment, the amount of your take home salary or wages and pay period and the name and address of your last employer: __Raymano Rubbish Removal I was in__ __The montgomrey county Correctional facility__ __work relese Program I earned__ __appox. 200.00 per week__

M.C.C.F. rd
60 eagleVille
Norristown
PA 19403

3.  In the following twelve months have you received any money from any of the following sources?

    A.  Business, profession or other self-employment      [ ] yes [✓] no
    B.  Rent payments, interest or dividends      [ ] yes [✓] no
    C.  Pensions, annuities or life insurance payments      [ ] yes [✓] no
    D.  Disability or workers compensation payments      [ ] yes [✓] no
    E.  Gifts or inheritances      [ ] yes [✓] no
    F.  Any other sources      [ ] yes [✓] no

If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?   [ ] yes [✓] no

    If "yes" state the total amount and the location and number of the account(s): _____

    _____

    _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  [ ] yes [✓] no

    If "yes" describe the property and state its value.  _____

    _____

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  __none_____

    _____

    _____

    _____

I declare under penalty of perjury that the above information is true and correct.

_december 22nd 2011_
Date

_Jason Marmon_
Signature of Applicant

Sworn to and subscribed before me this __22nd__ day of __december__, 20 __11__

_____
Notary Public of the State of New Jersey

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT

Jason Marinari

(Enter above the full name of the
plaintiff in this action)

Vs.

Atlantic Care
hospital

(Enter above the full name of the defendant or
Defendants in this action)

I.   Previous lawsuits
    A.  Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relative to your imprisonment?  Yes ( )  No ( )
    B.  If your answer to A is yes, describe the lawsuit in the space below.  (If there is more than
        one lawsuit, describe the additional lawsuits on another piece of paper, using same
        outline.)
        1.  Parties to previous lawsuit:
           Plaintiffs _____ Trump Plaza
                            hotel and casino
           Defendants  2nd Shift Security 4Pm 12Am Shift

        2.  Court (if federal court, name the district.  New Jersey

           If state court, name the county.) _____

        3.  Docket number  1

        4.  Name of judge to whom case was assigned  N/A

        5.  Disposition (for example: was the case dismissed?  Was it appealed?  Is it still
        pending?) Still Pending

6. Approximate date of filling lawsuit ___12-9-2011___

7. Approximate date of disposition ___N/A___

II. Place of present confinement ___Atlantic County Justice facility___

A. Is there a prisoner grievance procedure in this institution?   [ ] yes  [✓] no

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   [ ] yes  [✓] no

C. If your answer is yes,
   1. What steps did you take? _____

   _____

   2. What was the result? _____

   _____

D. If your answer is no, explain why not ___It was Just Brought To my attention I had 2 years to fik for this___

E. If there is no prison grievance procedure in the institution did you complain to prison authorities?   [ ] yes  [✓] no

F. If your answer is yes,
   1. What steps did you take? ___N/A___

   _____

   2. What was the result? ___N/A___

   _____

III. Parties
   (in item A below, place your name and prison identification number in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff ___Jason Marinari___

   Address ___5060 Atlantic Ave Mays landing NJ 08330___

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

4Pm - 12Am

B. Defendant 2nd Shift Security is employed at Atlantic Care hospital at _____

C. The Staff at Atlantic care hosPtal on September 23rd 2011 are resPonsibel for not giving me ProPer Med. attention

IV. Statement of claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

The ~~ambulance~~ ambulance driver on September 23rd friday 2011 Breached PROcedure by letting 2 secUrity guards in the ambelance and ~~~~ letting them Tasser me with a stun gun for a ~~undetermond~~ Undetermond amout of time Because of my Injury's Recived In ~~the~~ this I ended up with a ~~hospto~~ hospital Bill from Shore memorial of $ 18,322.00

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the court TO Persue

Thoes ~~Responsible~~ Responsible for Tassering me with a sun gun on and off for a ~~time~~ undetermond amount of time because of my injury's of ~~this~~ this incedent I ~~so~~ ended up at shore memorial hospital with a

Signed this 22nd day of _December_, 20 _11_. Bill of $18,322.00

_Jason Marinani_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct

12-22-11
(Date)

_Jason Marinani_
(Signature of Plaintiff)